Form G5 (20170105_bko)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| In Re: | ) | BK No.: 19-12848 |
| --- | --- | --- |
| Gaquel Coleman | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

### ORDER ON DEBTOR'S MOTION TO MODIFY PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED that:

1. The Debtor's plan payment default is deferred to the end of her Chapter 13 plan.

Enter:

*[signature: Jacqueline P. Cox]*

J. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: MAY 11 2020

**Prepared by:**
Alexander Preber
IARDC#6324520
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100